Núm. 8166.—Stella, apldo. v. López et als., apltes.—C. D. Ponce. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Abril 18, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandante apelado para que desestimemos los recursos de apelación interpuestos por los demandados apelantes en 11 y 17 de febrero de 1938, y apareciendo de ella y de la certificación expedida por el Secretario de la Corte de Distrito de Ponce que aun cuando la sentencia y la resolución apeladas fueron dic-

tadas y notificadas el 12 de enero y el 10 de febrero de 1938, respectivamente, los apelantes no han radicado todavía en la corte inferior la transcripción de la evidencia, se desestiman dichos recursos por no haber sido proseguidos con la diligencia debida.